# Exhibit A

> 🛈 You replied on 11/7/2007 11:42 PM.

**Michael J. Tricarico**

| | | | |
|---|---|---|---|
| **From:** | Beck, Bill [WBeck@LathropGage.com] | **Sent:** | Wed 11/7/2007 10:05 PM |
| **To:** | Gary S. Kull; Adrian M. Szendel; Denise Marra Depekary; dap@wsabe.com; dvobornik@sonnenschein.com; dylanhiggins@cozen.com; erin.obrien@mclolaw.com; grepo@sonnenschein.com; Henry B. Brownstein; jmr@wsabe.com; Michael.baughman@mclolaw.com; Michael J. Tricarico; mballnik@cozen.com; rfonda@cozen.com; William P. Ford | | |
| **Cc:** | Myers, Brian; pstrassner@thompsoncoburn.com | | |
| **Subject:** | RE: USF v. Bunge | | |
| **Attachments:** | | | |

Gary,

Bunge has no interest in extending any deadlines. Let me know if you would like to discuss shortening some deadlines.

Regards, Bill

    WE ARE INCLUDING THE FOLLOWING SENTENCE TO COMPLY WITH TREASURY REGULATIONS. ANY U.S. FEDERAL TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS OR ENCLOSURES) WAS NOT INTENDED OR WRITTEN BY THE AUTHOR TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED ON A TAXPAYER OR (2) PROMOTING, MARKETING, OR RECOMMENDING TO ANOTHER PARTY ANY TRANSACTION OR OTHER MATTER ADDRESSED HEREIN.

    This e-mail (including any attachments) may contain material that (1) is confidential and for the sole use of the intended recipient, and (2) may be protected by the attorney-client privilege, attorney work product doctrine or other legal rules. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

    -----Original Message-----
    **From:** Gary S. Kull [mailto:gkull@cmk.com]
    **Sent:** Wednesday, November 07, 2007 8:26 PM
    **To:** amszendel@FMEW.com; Denise Marra Depekary; dap@wsabe.com; dvobornik@sonnenschein.com; dylanhiggins@cozen.com; erin.obrien@mclolaw.com; grepo@sonnenschein.com; hbbrownstein@fmew.com; jmr@wsabe.com; Michael.baughman@mclolaw.com; mjtricarico@FMEW.com; mballnik@cozen.com; rfonda@cozen.com; wpford@fmew.com; Beck, Bill; Myers, Brian
    **Subject:** USF v. Bunge

    Everyone,

    I have been giving some thought to our current Case Scheduling Order and the amount of work we need to get finished before the end of the year. We are, again, in a situation where we need more time. Taking a page from the judge in connection with our last motion to extend, pointing fingers as to who is at fault makes no sense. Therefore, I would propose the following adjustments to the schedule:

Completion of fact discovery      1/11

Completion of expert discovery    2/29

SJ motions filed                  4/11

Final Pretrial Order within 15 days of decisions on SJ

It makes no sense to me to do a pretrial order before summary judgment motions are decided, and although I'm told that's the way things are done in this court, I think this case is unique enough to warrant taking a shot with the court. I also think a little more time for fact discovery makes sense, but we really need the time for the experts.

So, I propose that we file a joint motion and present it as soon as possible.

Thoughts?

Gary S. Kull

Carroll, McNulty & Kull L.L.C.

120 Mountain View Boulevard

Basking Ridge, New Jersey 07920

(908) 848-6300