# Exhibit B

### Michael J. Tricarico

| | | | |
|---|---|---|---|
| **From:** | Michael J. Tricarico | **Sent:** | Wed 2/13/2008 1:11 PM |
| **To:** | Myers, Brian | | |
| **Cc:** | Adrian M. Szendel; Douglas J. Steinke; Alfred L. D'Isernia | | |
| **Subject:** | RE: U.S. Fire, et al. v. Bunge, et al. | | |
| **Attachments:** | | | |

Brian,

As you know, Bunge has not been cooperative with our recent scheduling issues concerning Mr. Gethard. Additionally, Bunge has opposed virtually every request for extension of the discovery deadlines in this case. Moreover, as a personal courtesy to you, so as not to interfere with your vacation to Europe, we have already previously extended Bunge's time to respond to these requests by 14 days.  Consequently, in F&C's opinion, there is absolutely no basis for granting your request for a further extension.  Nevertheless, in an effort to avoid unnecessary motion practice, we will agree to extend Bunge's time to respond until 5 p.m. Eastern time on 2/19.

We anticipate that Bunge will be equally cooperative with any similar requests that F&C may have through the end of the discovery period.

Mike Tricarico

---

**From:** Myers, Brian [mailto:BMyers@LathropGage.com]
**Sent:** Wednesday, February 13, 2008 11:08 AM
**To:** Michael J. Tricarico
**Subject:** FW: U.S. Fire, et al. v. Bunge, et al.

By 5:00 p.m. Eastern time that day (or possibly earlier that day, if that time presents a problem for you).

 --Original Message-----
**From:** Michael J. Tricarico [mailto:]
**Sent:** Wednesday, February 13, 2008 9:54 AM
**To:** Myers, Brian
**Subject:** RE: U.S. Fire, et al. v. Bunge, et al.

When would you expect that we would receive the responses on 2/19?

---

**From:** Myers, Brian [mailto:BMyers@LathropGage.com]
**Sent:** Wed 2/13/2008 10:48 AM
**To:** Michael J. Tricarico
**Subject:** U.S. Fire, et al. v. Bunge, et al.

Mike,

The next expert deposition to which this discovery might arguably apply
is Doug Talley's deposition on Wednesday, February 20. Do you object to
a brief extension to Tuesday, February 19, for us to respond?

Regards,

Brian


-----Original Message-----

From: Michael J. Tricarico [mailto:mjtricarico@FMEW.com]
Sent: Tuesday, February 12, 2008 3:00 PM
To: Myers, Brian
Subject: RE: U.S. Fire, et al. v. Bunge, et al.


Brian,

We cannot grant this second request for additional time. We have already previously provided Bunge with a two week extension to respond to these requests, and much of the discovery sought pertains to the upcoming expert depositions. Moreover, as you know, we recently requested Bunge's cooperation with regard to the scheduling of F&C's remaining 30(b)(6) witness, and that request for cooperation was flatly rejected.

Mike Tricarico

-----Original Message-----
From: Myers, Brian [mailto:BMyers@LathropGage.com]
Sent: Tuesday, February 12, 2008 3:31 PM
To: Michael J. Tricarico
Subject: U.S. Fire, et al. v. Bunge, et al.

Mike,

Per my e-mail below, we intend to file a motion for a two-week extension of time to respond to F&C's discovery requests that are currently due on February 13. Bill has already indicated to you that we do not wish to schedule depositions past the court-ordered February 29 discovery deadline. That issue aside, may we state in the motion that you have no objection to the proposed extension? I'll be glad to discuss this matter with you -- my direct number is 816-460-5504.

Thanks,

Brian


-----Original Message-----
From: Michael J. Tricarico [mailto:mjtricarico@FMEW.com]
Sent: Thu 2/7/2008 8:27 PM
To: Myers, Brian
Subject: RE: U.S. Fire, et al. v. Bunge, et al.

Brian,

Perhaps we can help each other out here. Due to a large project he is working on, I am having a tough time getting dates in February for Bob Gethard. Would Bunge agree to carve out his deposition for a date in March?

Mike Tricarico

_____

From: Myers, Brian [mailto:BMyers@LathropGage.com]
Sent: Wed 2/6/2008 7:58 PM
To: Michael J. Tricarico
Cc: Adrian M. Szendel; William P. Ford; Alfred L. D'Isernia; Douglas J. Steinke
Subject: U.S. Fire, et al. v. Bunge, et al.

Mike,

We need additional time to respond to F&C's discovery requests that are currently due on February 13, 2008.

Would you be willing to agree to an additional two-week extension of time for Bunge to respond those requests?

Thanks,

Brian

WE ARE INCLUDING THE FOLLOWING SENTENCE TO COMPLY WITH TREASURY REGULATIONS. ANY U.S. FEDERAL TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS OR ENCLOSURES) WAS NOT INTENDED OR WRITTEN BY THE AUTHOR TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED ON A TAXPAYER OR (2) PROMOTING, MARKETING, OR RECOMMENDING TO ANOTHER PARTY ANY TRANSACTION OR OTHER MATTER ADDRESSED HEREIN.

This e-mail (including any attachments) may contain material that (1) is confidential and for the sole use of the intended recipient, and (2) may be protected by the attorney-client privilege, attorney work product doctrine or other legal rules. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.