# Exhibit D

**Michael J. Tricarico**

| | | | |
|---|---|---|---|
| **From:** | Michael J. Tricarico | **Sent:** | Fri 2/8/2008 1:16 PM |
| **To:** | Beck, Bill | | |
| **Cc:** | dvobornik@sonnenschein.com; grepo@sonnenschein.com; michael.baughman@mclolaw.com; gkull@cmk.com; Myers, Brian; pstrassner@thompsoncoburn.com; Adrian M. Szendel; Douglas J. Steinke; Alfred L. D'Isernia | | |
| **Subject:** | RE: U.S. Fire v. Bunge - Continental Insurance 30(b)(6) | | |
| **Attachments:** | | | |

Bill,

If that date works for Mr. Gethard, then great. If not, then it will need to take place at some other time. We are perfectly aware of the time constraints, and will get you a date soon. Beyond that, there is really nothing further to discuss on this topic.

Mike Tricarico

---

**From:** Beck, Bill [mailto:WBeck@LathropGage.com]
**Sent:** Friday, February 08, 2008 1:06 PM
**To:** Michael J. Tricarico
**Cc:** dvobornik@sonnenschein.com; grepo@sonnenschein.com; michael.baughman@mclolaw.com; gkull@cmk.com; Myers, Brian; pstrassner@thompsoncoburn.com
**Subject:** RE: U.S. Fire v. Bunge - Continental Insurance 30(b)(6)

We will be sending out notice of the Rule 30(b)(6) deposition of Continental on the remaining topics to occur on February 27, 2008 beginning at 9:00 AM in my New York office. I will be happy to move the deposition to your office or to Princeton upon request. I will also consider moving the corporation's deposition to a new date on request, if it is a date on which I am available, but I am no longer willing to await vague suggestions that you "are working to get a date" and "hope" to provide it "shortly."

-----Original Message-----
**From:** Michael J. Tricarico [mailto:mjtricarico@FMEW.com]
**Sent:** Friday, February 08, 2008 11:58 AM
**To:** Beck, Bill
**Cc:** dvobornik@sonnenschein.com; grepo@sonnenschein.com; michael.baughman@mclolaw.com; gkull@cmk.com; Myers, Brian; pstrassner@thompsoncoburn.com
**Subject:** RE: U.S. Fire v. Bunge - Continental Insurance 30(b)(6)

As I previously stated, Continental's 30(b)(6) witness will not appear on a unilaterally scheduled date simply because you have chosen it. I am working to get a date, and hope to provide it shortly. If it makes you feel better to mark something on your calendar, then do it, but unless Mr. Gethard is available on that date, it will be of absolutely no consequence.

Mike Tricarico

---

**From:** Beck, Bill [mailto:WBeck@LathropGage.com]
**Sent:** Friday, February 08, 2008 12:40 PM
**To:** Michael J. Tricarico
**Cc:** dvobornik@sonnenschein.com; grepo@sonnenschein.com; michael.baughman@mclolaw.com; gkull@cmk.com; Myers, Brian; pstrassner@thompsoncoburn.com
**Subject:** RE: U.S. Fire v. Bunge - Continental Insurance 30(b)(6)

Mike, do what you have to do. Unless I have a firm date today, I have to schedule it unilaterally. If Continental decides not to show up for its own deposition, that is your decision, and the consequences are what they are. We have been waiting too long.

WE ARE INCLUDING THE FOLLOWING SENTENCE TO COMPLY WITH TREASURY REGULATIONS. ANY U.S. FEDERAL TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS OR ENCLOSURES) WAS NOT INTENDED OR WRITTEN BY THE AUTHOR TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED ON A TAXPAYER OR (2) PROMOTING, MARKETING, OR RECOMMENDING TO ANOTHER PARTY ANY TRANSACTION OR OTHER MATTER ADDRESSED HEREIN.

This e-mail (including any attachments) may contain material that (1) is confidential and for the sole use of the intended recipient, and (2) may be protected by the attorney-client privilege, attorney work product doctrine or other legal rules. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

-----Original Message-----
**From:** Michael J. Tricarico [mailto:mjtricarico@FMEW.com]
**Sent:** Friday, February 08, 2008 10:25 AM
**To:** Beck, Bill
**Cc:** dvobornik@sonnenschein.com; grepo@sonnenschein.com; michael.baughman@mclolaw.com; gkull@cmk.com; Myers, Brian; pstrassner@thompsoncoburn.com
**Subject:** Re: U.S. Fire v. Bunge - Continental Insurance 30(b)(6)

Bill,

I am doing my best to get this scheduled. However, I will not have a date by the end of the day. Schedule a date unilaterally if it makes you feel better, but our witness will not appear on a date chosen without giving any regard to his schedule.

Mike Tricarico

-------------------------
Sent from my BlackBerry Wireless Device

Michael J. Tricarico
Ford Marrin Esposito Witmeyer & Gleser, L.L.P.
Wall Street Plaza, 23rd Floor
New York, NY 10005-1875
Phone (212) 269-4900
Fax   (212) 344-4294


-----Original Message-----
From: Beck, Bill <WBeck@LathropGage.com>
To: Michael J. Tricarico <mjtricarico@FMEW.com>
CC: Vobornik, Donna J. <dvobornik@sonnenschein.com>; Repo, Geoffrey J. <grepo@sonnenschein.com>; michael.baughman@mclolaw.com <michael.baughman@mclolaw.com>; gkull@cmk.com <gkull@cmk.com>; Myers, Brian <BMyers@LathropGage.com>; pstrassner@thompsoncoburn.com <pstrassner@thompsoncoburn.com>
Sent: Fri Feb 08 10:51:10 2008
Subject: RE: U.S. Fire v. Bunge - Continental Insurance 30(b)(6)

Mike, please provide a proposed date, today, to complete the Rule 30(b)(6) deposition of Continental.  We are unwilling to wait to complete that deposition until after discovery closes, for any reason, in exchange for some other extension or otherwise.  We need to finish and close discovery.  Unless I receive a proposed date today, given the previous scheduling and the number of requests we have made, I will consider unilateral scheduling to be our only remaining option.

WE ARE INCLUDING THE FOLLOWING SENTENCE TO COMPLY WITH TREASURY REGULATIONS. ANY U.S. FEDERAL TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS OR ENCLOSURES) WAS NOT INTENDED OR WRITTEN BY THE AUTHOR TO BE USED,  AND CANNOT BE USED, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED ON A TAXPAYER OR (2) PROMOTING, MARKETING, OR RECOMMENDING TO ANOTHER PARTY ANY TRANSACTION OR OTHER MATTER ADDRESSED HEREIN.

This e-mail (including any attachments) may contain material that (1) is confidential and for the sole use of the intended recipient, and (2) may be protected by the attorney-client privilege, attorney work product doctrine or other legal rules.  Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies.
-----Original Message-----
From: Beck, Bill
Sent: Thursday, February 07, 2008 4:51 PM
To: mjtricarico@FMEW.com
Cc: 'Vobornik, Donna J.'; Repo, Geoffrey J.; michael.baughman@mclolaw.com; gkull@cmk.com; Myers, Brian; pstrassner@thompsoncoburn.com
Subject: U.S. Fire v. Bunge - Continental Insurance 30(b)(6)


Have you offered any dates for Gethard yet?