# Exhibit C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 05-CV-2192 JWL/DJW |
| BUNGE NORTH AMERICA, INC., et al., | ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, et al., | ) ) | |
| Additional Cross-Claim Defendants. | ) ) | |

**TRAVELERS CASUALTY AND SURETY COMPANY'S OBJECTIONS AND RESPONSES TO BUNGE'S REQUESTS FOR PRODUCTION DATED 12/7/07**

Defendant, Travelers Casualty and Surety Company ("Travelers"), by and through its undersigned attorneys, hereby submits its objections and response to Bunge North America, Inc.'s ("Bunge") Requests for Production Dated 12/7/07 as follows:

**INTRODUCTORY STATEMENT**

Travelers hereby incorporates by reference all of its General Objections and Objections to Definitions set forth in Travelers Objections and Responses to Bunge North America, Inc.'s First Set of Requests for Production of Documents as if fully set forth herein.

**SPECIFIC OBJECTIONS AND  RESPONSES TO DOCUMENT REQUESTS**

1.      Any agreement between Travelers and Johnson & Higgins that was in effect at the time of the issuance of any of the Travelers (Aetna) insurance policies referenced in Bunge's Fourth Amended Answer, Counterclaim and Cross-Claim.

**RESPONSE:**

Travelers objects to this Request on grounds that it is vague, ambiguous, overly broad and unduly burdensome. Travelers further objects to the Request to the extent it seeks documents or information that are neither relevant to the subject matter of this litigation nor reasonably likely to lead to the discovery of admissible evidence. Travelers further objects to this Request on the grounds that it seeks documents or information relating to third-party non-litigants, and documents and information that are confidential and proprietary.

2.      An unredacted copy of the document Bates-stamped TRAV/B 0202127-2136.

  **RESPONSE:**

Travelers objects to this Request on the grounds that it seeks documents or information that are neither relevant to the subject matter of this litigation nor reasonably likely to lead to the discovery of admissible evidence. Travelers further objects to this Request on the grounds that it seeks confidential and proprietary business information and information concerning other insureds that is irrelevant, confidential and proprietary.

Subject to and without waiver of the foregoing objections, Travelers states that it is producing a partially redacted copy of TRAV/B 002130 and an unredacted copy of TRAV/B 002132 in response to this Request.

3.      The claim file for the claim relating to Fourth and Carey site asserted by the entity whose name has been redacted from the document Bates-stamped TRAV/B 002128.

  **RESPONSE:**

Travelers objects to this Request on the grounds that it seeks documents or information that are neither relevant to the subject matter of this litigation nor reasonably likely to lead to the discovery of admissible evidence. Travelers further objects to this Request on the grounds that it seeks documents or information concerning other insureds that are irrelevant, confidential and proprietary.

4.    The 11/12/98 letter and disclosure from Craig Schlueter to Kristen Snow relating to Bunge's claims.

**RESPONSE:**

Travelers objects to this Request on grounds that it is duplicative of Bunge's prior Requests for the Production of Documents, and on grounds that it seeks documents that are already in the possession custody or control of Bunge or which are obtainable with equal or greater facility by Bunge.

Subject to and without waiver of the foregoing objections, Travelers states that it previously produced a copy of the 11/12/98 letter and portions of the disclosure to Bunge.  (See TRAV/B 007820 - TRAV/B 007821).  Further answering, Travelers states that it will produce the remaining portion of the disclosure to Bunge in response to this Request.

5.    Travelers' internal investigative files relating to Bunge's claims created prior to the commencement of this litigation.

**RESPONSE:**

Travelers objects to this Request on the grounds that it is vague, ambiguous, overly broad and unduly burdensome.  Travelers further objects to this Request to the extent it seeks documents or information that are neither relevant to the subject matter of this litigation nor reasonably likely to lead to the discovery of admissible evidence.  Travelers further objects to this Request to the extent it seeks documents or information that are confidential and of a proprietary nature and/or are protected by the attorney/client, work product, joint defense and/or other applicable privilege or doctrine.  Travelers further objects to this Request on grounds that it is duplicative of Bunge's prior Requests for the Production of Documents

Subject to and without waiving the foregoing objections, Travelers states that it has produced all relevant, responsive, non-objectionable and non-privileged documents from its claims files related to the Sites at issue in this litigation.

- 3 -

6.      Documents obtained by Travelers prior to the commencement of this litigation from any government entity relating to the Hutchinson, Salina and/or Katy sites.

**RESPONSE:**

Travelers objects to this Request on the grounds that it is vague, ambiguous, overly broad and unduly burdensome.  Travelers further objects to this Request to the extent it seeks documents or information that are neither relevant to the subject matter of this litigation nor reasonably likely to lead to the discovery of admissible evidence.  Travelers further objects to this Request to the extent it seeks documents or information that are protected by the attorney/client, work product, joint defense and/or other applicable privilege or doctrine.

Subject to and without waiving the foregoing objections, Travelers states that it has produced all relevant, responsive, non-objectionable and non-privileged documents from its claims files related to the Sites at issue in this litigation responsive to this Request.

7.      Travelers' environmental file transmittal and attachments dated 12/15/03 and addressed to Don Clark and/or Robert England, relating to Bunge's insurance claims.

**RESPONSE:**

Subject to and without waiving its general objections, Travelers states that it will produce a copy of the environmental file transmittal and attachments dated 12/15/03 and addressed to Don Clark and/or Robert England in response to this Request.

8.      Travelers' internal correspondence and attachments from David Christoff to Carol Pinkston in February 1997 relating to Bunge's insurance claims.

**RESPONSE:**

Travelers objects to this Request on grounds that it is vague, ambiguous, overly broad and unduly burdensome.  Travelers further objects to the Request to the extent it seeks documents or information that are neither relevant to the subject matter of this litigation nor reasonably likely to lead to the discovery of admissible evidence.  Travelers further objects to

- 4 -

this Request on grounds that it is duplicative of Bunge's prior Requests for the Production of

Documents. Travelers further objects to this Request to the extent it seeks documents or

information that are protected by the attorney/client, work product, joint defense and/or other

applicable privilege or doctrine.

     Subject to and without waiving the foregoing objections, Travelers states that it has

produced all relevant, responsive, non-objectionable and non-privileged documents from its

claims files related to the Sites at issue in this litigation including, but not limited to an

Environmental File Transmittal from David Christoff to Carol Pinkston (TRAV/B 003243).

9.     Travelers' original or original copy of the letter Travelers sent to the State of New York
Insurance Department dated January 13, 1982 (BUNGE001649).

     **RESPONSE:**

     Travelers objects to this Request to the extent it seeks information protected by the

attorney/client, work product, joint defense or other applicable privilege or protection. Travelers

further objects to the Request to the extent it seeks documents or information that are neither

relevant to the subject matter of this litigation nor reasonably likely to lead to the discovery of

admissible evidence. Travelers further objects to this Request on grounds that it is duplicative of

Bunge's prior Requests for the Production of Documents, and on grounds that it seeks

documents that are already in the possession custody or control of Bunge or which are obtainable

with equal or greater facility by Bunge. Travelers further objects to this Request on the grounds

that it seeks documents relating to third-party non-litigants, and documents that are confidential

and proprietary.

10.     All documents pertaining to the Hutchinson Site, including without limitation documents
you received from Bunge, the Kansas Department of Health and Environment, the City of
Hutchinson, Burns & McDonnell Waste Consultants, Inc., Camp Dresser & McKee and Freedom
Family L.C., that have not previously been produced.

     **RESPONSE:**

Travelers objects to this Request on the grounds that it is vague, ambiguous, overly broad and unduly burdensome. Travelers further objects to this Request to the extent it seeks documents or information that are neither relevant to the subject matter of this litigation nor reasonably likely to lead to the discovery of admissible evidence. Travelers further objects to this Request to the extent it seeks documents or information that are in the possession, custody or control of Bunge, which are obtainable with equal or greater facility by Bunge, and which were available to the parties during the course of discovery. Travelers further objects to this Request on grounds that it is duplicative of Bunge's prior Requests for the Production of Documents. Travelers further objects to this Request to the extent it seeks documents or information that are confidential and of a proprietary nature and/or are protected by the attorney/client, work product, joint defense and/or other applicable privilege or doctrine.

11.    All documents pertaining to the Salina Site, including with out limitation documents you received from Bunge, the Kansas Department of Health and Environment, Burns & McDonnell Waste Consultants, Inc., Camp Dresser & McKee and Freedom Family L.C., that have not previously been produced.

**RESPONSE:**

Travelers objects to this Request on the grounds that it is vague, ambiguous, overly broad and unduly burdensome. Travelers further objects to this Request to the extent it seeks documents or information that are neither relevant to the subject matter of this litigation nor reasonably likely to lead to the discovery of admissible evidence. Travelers further objects to this Request to the extent it seeks documents or information that are in the possession, custody or control of Bunge, which are obtainable with equal or greater facility by Bunge, and which were available to the parties during the course of discovery. Travelers further objects to this Request on grounds that it is duplicative of Bunge's prior Requests for the Production of Documents. Travelers further objects to this Request to the extent it seeks documents or information that are

confidential and of a proprietary nature and/or are protected by the attorney/client, work product,

joint defense and/or other applicable privilege or doctrine.

12.     All documents pertaining to Katy Site, including without limitation documents you
received from Bunge, the Kansas Department of Health and Environment, Burns & McDonnell
Waste Consultants, Inc., Camp Dresser & McKee and Freedom Family L.C., that have not
previously been produced.

   **RESPONSE:**

   Travelers objects to this Request on the grounds that it is vague, ambiguous, overly broad

and unduly burdensome.  Travelers further objects to this Request to the extent it seeks

documents or information that are neither relevant to the subject matter of this litigation nor

reasonably likely to lead to the discovery of admissible evidence.  Travelers further objects to

this Request to the extent it seeks documents or information that are in the possession, custody or

control of Bunge, which are obtainable with equal or greater facility by Bunge, and which were

available to the parties during the course of discovery.  Travelers further objects to this Request

on grounds that it is duplicative of Bunge's prior Requests for the Production of Documents.

Travelers further objects to this Request to the extent it seeks documents or information that are

confidential and of a proprietary nature and/or are protected by the attorney/client, work product,

joint defense and/or other applicable privilege or doctrine.

13.     All documents in your possession, custody or control bearing Bates numbers that begin
with "KDHE" that relate to the Hutchinson, Salina and/or Katy sites.

   **RESPONSE:**

   Travelers objects to this Request on the grounds that it is vague, ambiguous, overly broad

and unduly burdensome.  Travelers further objects to this Request to the extent it seeks

documents or information that are neither relevant to the subject matter of this litigation nor

reasonably likely to lead to the discovery of admissible evidence.  Travelers further objects to

this Request to the extent it seeks documents or information that are in the possession, custody or

control of Bunge or which are obtainable with equal or greater facility by Bunge. Travelers

further objects to this Request to the extent it seeks documents or information that are

confidential and of a proprietary nature and/or are protected by the attorney/client, work product,

joint defense and/or other applicable privilege or doctrine.

14.     Any and all written requests for documents you made pursuant to the Kansas Open
Records Act upon the City of Hutchinson relating to the Hutchinson site.

**RESPONSE:**

Travelers objects to this Request on the grounds that it is vague, ambiguous, overly broad

and unduly burdensome. Travelers further objects to this Request to the extent it seeks

documents or information that are neither relevant to the subject matter of this litigation nor

reasonably likely to lead to the discovery of admissible evidence. Travelers further objects to

this Request to the extent it seeks documents or information that are in the possession, custody or

control of Bunge or which are obtainable with equal or greater facility by Bunge. Travelers

further objects to this Request to the extent it seeks documents or information that are

confidential and of a proprietary nature and/or are protected by the attorney/client, work product,

joint defense and/or other applicable privilege or doctrine.

15.     Any and all written requests for documents you made pursuant to the Kansas Open
Records Act upon the Kansas Department of Health and Environment relating to the Hutchinson,
Katy Elevator and/or Salina sites.

**RESPONSE:**

Travelers objects to this Request on the grounds that it is vague, ambiguous, overly broad

and unduly burdensome. Travelers further objects to this Request to the extent it seeks

documents or information that are neither relevant to the subject matter of this litigation nor

reasonably likely to lead to the discovery of admissible evidence. Travelers further objects to

this Request to the extent it seeks documents or information that are in the possession, custody or

control of Bunge or which are obtainable with equal or greater facility by Bunge. Travelers

further objects to this Request to the extent it seeks documents or information that are

confidential and of a proprietary nature and/or are protected by the attorney/client, work product,

joint defense and/or other applicable privilege or doctrine.

16.     Any and all written requests for documents you made pursuant to the Freedom of
Information Act upon the United States Environmental Protection Agency relating to the Fourth
& Carey site and/or the Hutchinson site.

**RESPONSE:**

Travelers objects to this Request on the grounds that it is vague, ambiguous, overly broad

and unduly burdensome. Travelers further objects to this Request to the extent it seeks

documents or information that are neither relevant to the subject matter of this litigation nor

reasonably likely to lead to the discovery of admissible evidence. Travelers further objects to

this Request to the extent it seeks documents or information that are in the possession, custody or

control of Bunge or which are obtainable with equal or greater facility by Bunge. Travelers

further objects to this Request to the extent it seeks documents or information that are

confidential and of a proprietary nature and/or are protected by the attorney/client, work product,

joint defense and/or other applicable privilege or doctrine.

DATED: January 11, 2008          Respectfully submitted,

                                 SONNENSCHEIN NATH & ROSENTHAL LLP


                         By:_____/s/ Robin Stewart_____
                                 One of the Attorneys for Defendant Travelers
                                 Casualty and Surety Company

                                 James L. Moeller- District of KS #77814
                                 (jmoeller@sonnenschein.com)
                                 Robin Stewart- KS Bar #20888
                                 (rstewart@sonnenschein.com)
                                 SONNENSCHEIN NATH & ROSENTHAL LLP
                                 4520 Main Street, Suite 1100

Kansas City, MO 64111
Phone: (816) 460-2400
Fax: (816) 531-7545

and

Donna J. Vobornik (dvobornik@sonnenschein.com)
Geoffrey J. Repo (grepo@sonnenschein.com)
Gauri Paul (gpaul@sonnenschein.com)
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
Chicago, IL 60606
Phone: (312) 876-8000
Fax: (312) 876-7934

**CERTIFICATE OF SERVICE**

COMES NOW Robin Stewart, Attorney for Travelers Casualty and Surety Company and

hereby certifies that she electronically served the foregoing Travelers Casualty and Surety

Company's Objections and Responses to Bunge's Requests for Production, Interrogatories and

Requests to Admit dated 12/07/07 on January 11, 2008 to all parties listed below:

| | |
|---|---|
| Christopher R. Carroll<br>Kristin V. Gallagher<br>Gary S. Kull<br>Carroll, McNulty & Kull LLC<br>120 Mountainview Boulevard<br>P.O. Box 650<br>Basking Ridge, NJ 07920<br>*ccarroll@cmk.com*<br>*kgallagher@cmk.com*<br>*gkull@cmk.com*<br><br>Attorneys for Plaintiffs/Counter Defendants<br>North River Insurance Company and United<br>States Fire Insurance Company | Michael J. Baughman<br>Erin O'Brien<br>Cohn Baughman & Martin<br>333 West Wacker Drive, Suite 900<br>Chicago, IL 60606<br>*michael.baughman@mcolaw.com*<br>*erin.obrien@mcolaw.com*<br><br>Attorneys for Defendants Insurance Company<br>of North America, Indemnity Insurance<br>Company of North America and Century<br>Indemnity Company |
| William G. Beck<br>Brian B. Myers<br>Lathrop & Gage L.C.<br>2345 Grand Blvd., Suite 2800<br>Kansas City, MO 64108<br>*bbeck@lathropgage.com*<br>*bmyers@lathropgage.com*<br><br>Attorneys for Defendant/Counter<br>Claimant/Cross Defendant Bunge North<br>America, Inc. | Michael A. Childs<br>Brown & James P.C.<br>1100 Main St., Suite 1900<br>Kansas City, MO 64105-2153<br>*mchilds@bjpc.com*<br><br>Attorneys for Defendants Insurance Company<br>of North America, Indemnity Insurance<br>Company of North America and Century<br>Indemnity Company |

| | |
|---|---|
| Michael G. Norris<br>Norris & Keplinger, L.L.C.<br>6800 College Blvd., Suite 630<br>Overland Park, KS 66211<br>*mnorris@nkfirm.com*<br><br>Attorneys for Plaintiffs/Counter Defendants<br>North River Insurance Company and United<br>States Fire Insurance Company and Cross<br>Defendant Fairmont Specialty Insurance<br>Company | Julie J. Gibson<br>Brown & Dunn, P.C.<br>9393 W. 110th Street, Suite 500<br>Overland Park, KS 66210-1402<br>*jgibson@browndunn.com*<br><br>Attorneys for Defendant/Counter<br>Claimant/Cross Defendant The Fidelity and<br>Casualty Company of New York |
| Geron J. Bird<br>Amy M. Decker<br>Hinkle Elkouri Law Firm, L.L.C.<br>8415 E. 21st Street North, Suite 220<br>Wichita, KS 67206<br>*gbird@hinklaw.com*<br>*adecker@hinklaw.com* | Jamie C. Clausen<br>Thomas M. Jones<br>Cozen O'Connor<br>1201 Third Avenue, Suite 5200<br>Seattle, WA 98101-3071<br>*jclausen@cozen.com*<br>*tjones@cozen.com*<br><br>Attorneys for Cross-Claim Defendant New<br>Hampshire Insurance Company |
| Ryan R. Kemper<br>Joseph M. Kellmeyer<br>Peter S. Strassner<br>Thompson Coburn LLP<br>One U.S. Bank Plaza<br>St. Louis, MO 63101-1611<br>*rkemper@thompsoncoburn.com*<br>*jkellmeyer@thompsoncoburn.com*<br>*pstrassner@thompsoncoburn.com*<br><br>Attorneys for Defendant/Counter<br>Claimant/Cross Defendant Bunge North<br>America, Inc. | William P. Ford<br>Adrian M. Szendel<br>Ford Marrin Esposito Witmeyer & Gleser, LLP<br>Wall Street Plaza<br>88 Pine Street, 23rd Floor<br>New York, NY 10005-1875<br>*wpford@fmew.com*<br>*amszendel@fmew.com*<br><br>Attorneys for The Fidelity and Casualty<br>Company of New York (CAN) |

| John M. Ross (KS #15605)<br>Wallace, Saunders, Austin, Brown & Enochs, Chtd.<br>10111 W. 87th Street<br>Overland Park, Kansas 66212<br>(913) 752-5573 phone<br>(913) 888-1065 facsimile<br>e-mail: jmr@wsabe.com<br><br>Counsel for Cross-Claim Defendants Insurance Corporation of New York, Navigators Management Company, Inc., Utica Mutual Insurance Company, Republic Insurance Company, Navigators Insurance Company, Progressive Casualty Insurance Company, Pennsylvania Lumbermans Mutual Insurance Company, and Fairmont Specialty Insurance Company | |
|---|---|

/s/ Robin Stewart
Robin Stewart

12355426\V-1