**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

BUNGE NORTH AMERICA, INC.,

        Plaintiff,

v.                                              Case No: 05-2192-JWL-DJW

TRAVELERS CASUALTY AND SURETY
COMPANY and CONTINENTAL
INSURANCE COMPANY,

        Defendants,

vs.

TRAVELERS CASUALTY AND SURETY COMPANY,

        Counter-Plaintiff,

vs.

BUNGE NORTH AMERICA, INC.,

        Counter-Defendant.

## **ORDER**

Pending before the Court is The Continental Insurance Company's ("Continental") Motion to Realign the Parties and Amend the Case Caption (doc. 671). Certain parties to this action have reached settlements. As a result, the remaining parties agreed that the parties should be realigned and the case caption be revised. The Court agrees; Continental's Motion is granted. The parties are to be realigned and the caption is to be revised as set forth in the caption of this Order above.

IT IS SO ORDERED.

Dated in Kansas City, Kansas on this 9th day of April, 2008.

                                                                       s/ David J. Waxse
                                                                       David J. Waxse
                                                                       United States Magistrate Judge

cc:    All counsel and *pro se* parties