cc:     All counsel and *pro se* parties